UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

     –v–

Philip Santiago,

     Defendant.

20-cr-528(AJN)

ORDER

ALISON J. NATHAN, District Judge:

    There will be a remote conference in this matter the week of December 7, 2020. The Court will inform the parties of the exact date and time of the conference, as well as how to access the conference, at a later date. The government should submit a letter on the docket if it has any requests for exclusions of time under the Speedy Trial Act and indicate whether the Defendant consents.

SO ORDERED.

Dated: November 2, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge