UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

United States,

–v–

Phillip Santiago.

Defendant.

20-cr-528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As announced at the initial conference on December 7, 2020, the Defendant must submit any motions on or before February 16, 2021.

    Due to the protocols implemented in response to the challenges posed by the COVID-19 pandemic, the Southern District is scheduling all jury trials through a centralized calendaring process, giving priority to criminal trials. The Court tentatively schedules trial in this matter for May 10, 2021 at 9:30 A.M. The Court will request a jury for that date and will issue an order when the trial date has been confirmed.

    SO ORDERED.

Dated: December 7, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge