```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Phillip Santiago.

Defendant.

20-cr-528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the parties' briefings on Defendant's motion to dismiss the sealed indictment and the requests to file those documents under seal.

Defendant is instructed to file proposed redactions to the parties' briefings by February 3, 2021. The redactions should be in yellow highlight with the underlying text visible. Alternatively, Defendant shall file a letter by that date providing justification for why the briefings should be sealed in their entirety instead of with limited redactions. Defendant is reminded that sealing requests should be "narrowly tailored" and made only to the extent necessary to protect higher interests. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006). The Government will have until February 8, 2021 to file a letter indicating whether it has any objections to the proposed redactions or request for sealing.

SO ORDERED.

Dated: January 27, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge