UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Phillip Santiago,

Defendant.

20-cr-528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Defendant's proposed redactions. The Court agrees that redactions are warranted to protect confidential information regarding Defendant's youthful offender adjudication. *See United States v. Matthews*, 205 F.3d 544, 548 (2d Cir. 2000) ("[B]y requiring youthful offender records to be kept confidential, the New York legislature intended . . . to remove the stigma associated with a criminal conviction."). Moreover, Defendant's proposed redactions are "narrowly tailored to achieve that aim." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). Defendant is instructed to file the redacted versions of the parties' briefings on the public docket by February 17, 2021.

    SO ORDERED.

Dated: February 8, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge