UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Phillip Santiago.

Defendant.

20-cr-528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court will hold oral argument on Defendant's Motion to Dismiss the Indictment. The Court anticipates that the oral argument will be conducted by telephone and will occur the week of February 22, 2021. Although the Defendant's presence is not required under Rule 43, defense counsel shall indicate to the Court if the Defendant wishes to attend by telephone. So that the Court can make the arrangements, Defense counsel shall file a letter by February 19, 2020, indicating whether the Defendant wishes to attend by telephone.

In a subsequent order, the Court will inform the parties of the exact date and time of the conference and provide the parties with information for how to access the conference.

SO ORDERED.

Dated: February 11, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1