UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Phillip Santiago,

Defendant.

20-CR-528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 7, 2021, Defendant filed a Motion to Dismiss the Indictment under Fed. R. Crim. P. 12(b)(3)(B)(v).  Dkt. No. 22.  In an Opinion and Order concurrently filed under temporary seal, the Court DENIES the Defendant's motion.

In light of the fact that the Opinion includes potentially confidential information that should not be filed on the public docket, the Court will permit the parties two days to propose any redactions to the Court's Opinion and Order and to justify those redactions by reference to the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  After determining which, if any, portions of the Opinion and Order should be redacted, the Court will file the Opinion and Order on the public docket.

On or before March 5, 2021 the parties are ORDERED to submit a joint letter indicating whether they propose any redactions and the justification for any such proposal.

This resolves Dkt No. 22.

SO ORDERED.

Dated: March 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge