USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Phillip Santiago,

              Defendant.

20-cr-528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On December 7, 2020, the Court announced that it set a tentative trial date for May 10, 2021 at 9:30 A.M.  *See* Dkt. No. 18.  The Court accordingly requested a jury trial for that date. The Clerk's Office has now notified the Court that a jury trial in this case has been scheduled for **April 26, 2021.**

      In light of this trial date, it is hereby ORDERED that the parties appear for a final pretrial conference on **April 14, 2021** at 2:00 P.M., in Courtroom 906 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York.

      IT IS FURTHER ORDERED that on or before **April 5, 2021,** the parties shall submit: (1) an agreed upon 1-2 paragraph description of the case to be read to potential jurors during Voir Dire; (2) any Voir Dire requests; and (3) any Requests to Charge. With respect to Requests to Charge, the parties shall indicate whether the request is made jointly and, if not, whether a party objects to a particular request. Any party objecting to a request shall indicate the legal basis for their objection.

      IT IS FINALLY ORDERED that any 404(b) motions and motions in limine be filed by **March 29, 2021.** Opposition papers, if any, shall be filed by **April 12, 2021** and Replies, if any, shall be filed by **April 19, 2021.**

SO ORDERED.

Dated: March 3, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1