UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2021
```

United States,

–v–

Phillip Santiago,

Defendant.

20-cr-528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the proposed redactions from defense counsel. The proposed redactions are overbroad. The *fact* that Defendant has been adjudicated a youthful offender is both already in the record and clear from the Opinion, and therefore the Court will not accept proposed redactions solely on the basis that underlying portions reference the youthful offender adjudication. The Court would consider redacting some specific, identifying information regarding the youthful offender adjudication and the circumstances surrounding the underlying conviction.

The Court requests that defense counsel resubmit new proposed redactions in accordance with these instructions by March 12, 2021.

SO ORDERED.

Dated: March 9, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1