USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 20-CR-508 (AJN)
:
PHILLIP SANTIAGO, : ORDER
:
Defendant. :
:
-------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

     There is a proceeding in this matter scheduled for **July 8, 2021**, at **9:00 a.m.** Unless and until the Court orders otherwise, the proceeding will be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either counsel believe that the proceeding should be held remotely (or that the Defendant should be permitted to appear remotely), counsel should confer with the other side and, no later than **June 14, 2021,** submit a letter request to that effect.

SO ORDERED. Dated:

    April 29, 2021
    New York, New York            _____
                                         ALISON J. NATHAN
                                       United States District Judge